

**ORDERED in the Southern District of Florida on March 3, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

```
          UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF FLORIDA

IN RE:                              CASE NO. 14-24251-BKC-RAM
ADELINE JEAN TOUSSAINT
          Debtor
_____/
```

ORDER INCREASING AMOUNT TO UNSECURED CREDITORS

THIS CASE came on to be heard on February 10, 2015, upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

ORDERED as follows:

1. The debtor(s) shall file an amended plan paying an additional $200.00 to the unsecured creditors.

###

PREPARED BY:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

NANCY K. NEIDICH, ESQ is directed to serve a copy of this order on debtor(s) attorney and to file a certificate of service with the Clerk of the Court, immediately upon receipt thereof.